FILED

02/12/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0632

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0632

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

                                              O R D E R

LORENZO JAMES HARRIS,

     Defendant and Appellant.

_____

Upon consideration of Appellee's Motion to Stay Appeal and Correct the Record and good cause appearing,

IT IS HEREBY ORDERED that this matter is stayed in order to correct the record in the district court. The District Court is ordered to hold an evidentiary hearing for purposes of correcting the record to address the omission of the video submitted by the defense at the sentencing hearing.

The appeal in this matter is stayed until the District Court certifies and transmits the supplemental record to this Court. Appellee's response brief will be due 30 days from receipt of the supplemental record.

DATED this 12th day of February, 2025.

/S/ CORY J. SWANSON
/S/ BETH BAKER
/S/ JAMES JEREMIAH SHEA
/S/ LAURIE McKINNON
/S/ JIM RICE

CH

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 12 2025